# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

256 FIFTH AVENUE, 2ND FLOOR

NEW YORK, NEW YORK 10001

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: ATTORNEYS@BRAFLAW.COM

BENJAMIN BRAFMAN

MARK M. BAKER
OF COUNSEL

ANDREW STEBBINS

EZRA E. LENT

May 19, 2026

**VIA ECF**
Honorable Clay H. Kaminsky
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza E
Brooklyn, NY 11201

Re:  USA v. Sprei et al, 1:26-mj-00091-PCG-1

Dear Judge Kaminsky:

We write to respectfully request an adjournment of the bond hearing for Mr. Sprei, which is currently scheduled for Wednesday, May 20th, at 2 pm.

The government and counsel for Mr. Sprei have not been able to agree on a suretor who would be willing to co-sign the current $500,000 bond. Accordingly, we respectfully request that the Court adjourn this matter without a date and keep all current bail conditions in place.

Thank you for the courtesy the Court has extended to counsel and the defendant to date.

Application granted on consent.

SO ORDERED.

███████████████

Clay H. Kaminsky, USMJ
May 19, 2026

Respectfully,

Benjamin Brafman
*Counsel for Defendant Sam Sprei*
Brafman & Associates
256 Fifth Avenue
New York, NY 10001
Tel (212) 750-7800
Bbrafman@braflaw.com

Cc:  AUSA Alexander Wang
     AUSA Rebecca Schuman